■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MIGUEL OLIVO RODRIGUEZ, Also Known as JOSE OLIVO, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on May 4, 1984, unanimously affirmed. Application by defendant to submit and file a *pro se* supplemental brief is denied. No opinion. Concur—Sandler, J. P., Ross, Asch, Ellerin and Wallach, JJ.